Before STATE INDUSTRIAL BOARD, Respondent. STANLEY ROTNOUR, Respondent, v. ALEX KENAN and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there was no causal relation established between the accident and the disability. All concur.

Before State INDUSTRIAL BOARD, Respondent. CATHERINE ROMANO and Others, Respondents, v. GEORGE LAWRENCE COMPANY and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, upon the ground that the award rests on uncorroborated hearsay testimony as to an accidental injury arising out of the employment, and upon the further ground that causal relation between the alleged accident and death was not proved. All concur.

WILLIAM REGER, by JOHN REGER, His Guardian ad Litem, Appellant, v. CHARLES H. SCHLANSKER, Respondent.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN H. STODDARD, Respondent, v. CRUCIBLE STEEL COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Cohen* v. *Ashford Plumbing Co.* (203 App. Div. 261; affd., 235 N. Y. 576).

Before STATE INDUSTRIAL BOARD, Respondent. MARY SAMSON, Respondent, v. McHENRY-MILLHOUSE MANUFACTURING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. PAULINE WEINBERG, Respondent, v. JACOB NOVODOFF and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

ALICE WASSON, Respondent, v. WILLIAM J. STOOPS, Appellant.— Judgment and order unanimously affirmed, with costs.

LIZZIE OTTMAN, as Surviving Executrix, etc., of JACOB ALLTER, Deceased, Respondent, v. HERBERT D. ALLTER, Appellant.— For the reasons given in the opinion handed down at this term on the appeal from the judgment in this case [See 212 App. Div. 80], the order appealed from is reversed, with ten dollars costs and disbursements. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ANGELINE AGOGLIA and Others, Respondents, v. LINDLEY M. GARRISON, as Receiver of the NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

LENA E. BRYANT, Respondent, v. BESSIE M. BROWN, Appellant.— Judgment reversed and new trial granted, with costs to appellant to abide the event, the court being of the opinion that the judgment is improper in form, and that the conclusion arrived at by the county judge is against the weight of the evidence. All concur.

THE CHARLES WILLIAM STORES, INC., Respondent, v. ORVILLE E. QUICK, Appellant.— Motion granted, with ten dollars costs.